FILED
United States District Court
Albuquerque, New Mexico

Erik Paltrow
Clerk of Court

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA,        )
        Plaintiff,                )
                                  )
v.                                )        Case No. 24-CR-781-DHU
                                  )
KEVIN ENRIQUEZ,                   )
        Defendant.                )

**ORDER GRANTING UNOPPOSED MOTION TO TEMPORARILY MODIFY**
**CONDITIONS OF RELEASE**

**THIS MATTER** having come before the Court on Defendant Kevin Enriquez's Unopposed Motion to Temporarily Modify Conditions of Release (Doc. 487), and the Court having reviewed the Motion and all relevant matters, finds that the Motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED** that Mr. Enriquez's conditions of release shall be temporarily modified to allow him to travel to Colorado for the dates of July 16, 2026, through July 21, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:

*Ahmad Assed*
Ahmad Assed & Associates
Attorney for Mr. Enriquez

And:

*Approved by email*
Nora Wilson
Assistant United States Attorney